**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1108**

———————

In re:  MIKEAL GLENN STINE,

        Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:24-hc-02213-D)

———————

Submitted:  April 10, 2025                                 Decided:  April 15, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Mikeal Stine, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mikeal Stine petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his pending mandamus petition and motion for a temporary restraining order. He seeks an order from this court directing the district court to act. Stine filed the underlying petition on November 12, 2024, and the motion for a restraining order on January 28, 2025. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*